# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | PATRICK M GILLIHAN | | |
| **Case Number:** | 2:08-bk-18806-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 07, 2009 01:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

HEARING ON CONFIRMATION OF PLAN

**R / M #:** 0 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR PATRICK M GILLIHAN
JASON SHERMAN, ATTORNEY FOR CHASE

## *Proceedings:*

Mr. Cook reviewed the resolution of the West objection advising a stipulated order of confirmation will be submitted.   He further reviewed the
resolution of the Chase objection.

COURT:  IT IS ORDERED CONFIRMING THE PLAN AS MODIFIED BY THE STIPULATED ORDER OF CONFIRMATION.   MR. COOK IS DIRECTED TO UPLOAD A STIPULATED ORDER OF CONFIRMATION SIGNED OFF BY MR. SHERMAN AND MR. REX ANDERSON AND IT WILL BE SIGNED.